# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 2880 Disciplinary Docket No. 3 |
| | : | |
| ALFRED DiGIROLOMO, JR., A/K/A | : | No. 67 DB 2022 |
| ALFRED C. DiGIROLOMO, JR. | : | |
| | : | (Supreme Court of New York, Appellate |
| | : | Division: Second Judicial Department, |
| | : | No. 2019-06720) |
| | : | |
| | : | Attorney Registration No. 94935 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2022, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Alfred DiGirolomo, Jr., a/k/a Alfred C. DiGirolomo, Jr., is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all provisions of Pa.R.D.E. 217.